486 S.E.2d 263

**Patricia Louise MORGAN, Employee, Respondent,**

v.

**JPS AUTOMOTIVES, Employer, and Liberty Mutual Insurance Company, Carrier, Petitioners.**

No. 24625.

Supreme Court of South Carolina.

Heard May 7, 1997.

Decided June 2, 1997.

Richard B. Kale, Jr. and Jeffrey S. Jones, both of Haynsworth, Marion, McKay & Guerard, Greenville, for Petitioners.

Gregory A. Morton of Donnan, Morton, Davis & Snyder, Greenville, for Respondent.

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

PER CURIAM:

We granted certiorari to review the Court of Appeals' decision in *Morgan v. JPS Automotives*, 321 S.C. 2012, 467 S.E.2d 457 (Ct.App.1996). We dismiss certiorari as improvidently granted.

/s/ Ernest A. Finney, Jr., C.J.

/s/ Jean H. Toal, A.J.